UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,

Debtor.
_____/

Case No. 21-00524-jwb
Chapter 7
Honorable James W. Boyd

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

Plaintiff

v.

LARRY ALLEN CLUCHEY,
SHERRY D. CLUCHEY,

Defendants.
_____/

Adversary Proceeding No. 21-80053

## **DEFENDANT LARRY ALLEN CLUCHEY'S AFFIRMATIVE DEFENSES**

NOW COMES Defendant Larry Allen Cluchey and gives notice that he may rely on one or more of the following Affirmative Defenses:

A. That Plaintiff's Complaint fails in whole or in part to state a claim upon which relief can be granted. *See* Motion to Dismiss that was filed herein.

B. That Plaintiff's claims may be barred in whole or in part due to a failure to mitigate damages. Plaintiff's damages were a result of ARP's failure to properly bid the contract.

C. Defendant reserves the right to assert other affirmative defenses as may become known through discovery.

<table>
<tr><td>Dated: June 14, 2021</td><td>WARDROP & WARDROP, P.C.,<br>Attorneys for Larry Allen Cluchey<br><br>By: /s/ Robert F. Wardrop II<br>Robert F. Wardrop II (P31639)<br>Thomas M. Wardrop (P38268)<br>Denise D. Twinney (P40735)<br>Business Address:<br>300 Ottawa Avenue, NW, Suite 150<br>Grand Rapids, MI 49503<br>Phone: (616) 459-1225<br>Fax: (616) 459-7273<br>robb@wardroplaw.com<br>bkfilings@wardroplaw.com</td></tr>
</table>

209302.061421.AffirmativeDefenses