# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,

           Debtor.

_____/

WORLD ENERGY INNOVATIONS, LLC, f/d/b/a WORTHINGTON ENERGY INNOVATIONS, LLC,

           Plaintiff

v.

LARRY ALLEN CLUCHEY,

SHERRY D. CLUCHEY,

           Defendants.

_____/

Case No. 21-00524-jwb

Chapter 7

Adversary Proceeding No. 21-80053

## DEFENDANT SHERRY D. CLUCHEY'S MOTION TO DISMISS COUNT IV, COUNT V, COUNT VI, AND COUNT VII

NOW COMES Defendant Sherry D. Cluchey, by and through her attorneys, CBH Attorneys & Counselors, PLLC, and hereby requests that the Court ender an Order providing that: (1) Counts IV, V, VI, and VII of this Adversary Proceeding against Sherry D. Cluchey are dismissed with prejudice under Fed. R. Bankr. P. 7012(b) and F. R. Civ. P. 12(b)(1) and 12(b)(6); and (2) such other and further relief as may be appropriate, including awarding of attorney fees.

In support of her Motion, Defendant Sherry D. Cluchey relies upon and incorporates herein by reference both her accompanying Brief in Support of her Motion and Defendant Larry Allen Cluchey's Brief in Support of his Motion to Dismiss Counts I through VI of the Adversary Proceeding **[DN 11]**.

                                  Respectfully submitted,

                                  CBH Attorneys & Counselors, PLLC

Dated: June 14, 2021                 By: /s/ *Steven M. Bylenga*
                                                  Steven M. Bylenga (P73492)
                                                  Andrew R. McInnis (P83626)
                                                  Attorneys for Defendant Sherry D. Cluchey
                                                  25 Division Ave S., Suite 500
                                                  Grand Rapids, MI 49503
                                                  (616) 608-3061