UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

LARRY ALLEN CLUCHEY,

                Debtor.

_____/

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

                Plaintiff

     v.

LARRY ALLEN CLUCHEY,

SHERRY D. CLUCHEY,

                Defendants.

_____/

Case No. 21-00524-jwb

Chapter 7

Adversary Proceeding No. 21-80053

## PROOF OF SERVICE

**Documents Served:**

1. Defendant Sherry D. Clutchy's Motion to Dismiss Count IV, Count V, Count VI and Count VII **[DN 18]**
2. Defendant Sherry D. Clutchy's Brief in Support of her Motion to Dismiss Count IV, Count V, Count VI and Count VII **[DN 18]**

**Persons Served via ECF:**

(X)    Robert F. Wardrop, II
          Wardrop & Wardrop, P.C.
          300 Ottawa Avenue NW, Ste 150
          Grand Rapids, MI 49503

(X)    World Energy Innovations, LLC
          Tyson A. Crist
          Ice Miller, LLP
          250 West Street
          Suite 700
          Columbus, OH 43215

**Persons Served via USPS:**

(X)	Larry Cluchey
	7095 Mindew Drive SW
	Byron Center, MI 49315


(X)	Office of the US Trustee
	The Ledyard Building, 2nd Floor
	125 Ottawa NW, Suite 200R
	Grand Rapids, MI 49503

The undersigned certifies that a copy of the documents listed as served above were served upon the parties listed above.

Date of Service: 6/15/2021		/s/ *Nikki L. Suarez*
					Nikki L. Suarez, Paralegal
					CBH Attorneys & Counselors, PLLC
					25 Division Avenue S., Suite 500
					Grand Rapids, MI 49503
					T: (616) 608-3061
					F: (616) 608-6521