UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

_____

In re:

LARRY ALLEN CLUCHEY,

    Debtor.
_____/

Case No. BG 21-00524
Chapter 7

WORLD ENERGY INNOVATIONS, LLC,
f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

    Plaintiff,

v.

LARRY ALLEN CLUCHEY &
SHERRY D. CLUCHEY,

    Defendants.
_____/

Adversary Proceeding
No. 21-80053

### ORDER SCHEDULING HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND REQUIRING RESPONSE BY DATE CERTAIN

PRESENT:   HONORABLE JAMES W. BOYD
                      United States Bankruptcy Judge

     On June 11, 2021, Defendant Larry Cluchey filed a Motion to Dismiss Counts I through VII of the complaint in the above-captioned adversary proceeding.  (AP Dkt. No. 11.)  Defendant Sherry Cluchey also filed a Motion to Dismiss Counts IV through VII of the complaint on June 14, 2021.  (AP Dkt. No. 18.)  The court has reviewed both motions and has determined to schedule a hearing.  The court will also require World Energy Innovations, LLC (the "Plaintiff") to file a response to the motions by a date certain.

     NOW, THEREFORE, IT IS HEREBY ORDERED that the Plaintiff shall file a response to Defendant Larry Cluchey's Motion to Dismiss and a response to Defendant Sherry Cluchy's Motion to Dismiss by no later than **July 9, 2021.**

     IT IS FURTHER ORDERED that a hearing regarding both Defendants' Motions to Dismiss shall be held before the Honorable James W. Boyd at the United States

Bankruptcy Court, One Division Avenue North, 3rd Floor, Courtroom B, **Grand Rapids**, Michigan, on **July 20, 2021,** at **10:00 a.m.**

*Please note:  The court will be re-opening for in-person hearings as of July 6, 2021.  The parties should consult the "Remote Hearing Procedures" notice on the court's website,* [https://www.miwb.uscourts.gov/covid-19-notices](https://www.miwb.uscourts.gov/covid-19-notices), *for information concerning court appearances.*

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon Tyson A. Crist, Esq. attorney for the Plaintiff, Robert F. Wardrop, II, Esq., attorney for Defendant Larry Cluchey, and Steven M. Bylenga, Esq., attorney for Defendant Sherry Cluchey.

**END OF ORDER**

**IT IS SO ORDERED.**



Dated June 23, 2021

James W. Boyd
United States Bankruptcy Judge