UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

LARRY ALLEN CLUCHEY,

           Debtor.

_____/

Case No. BG 21-00524
Chapter 7

WORLD ENERGY INNOVATIONS, LLC
f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

           Plaintiff,

v.

LARRY ALLEN CLUCHEY &
SHERRY D. CLUCHEY,

           Defendants.

_____/

Adversary Proceeding
No. 21-80053-jwb

**<u>ORDER DENYING DEFENDANT LARRY ALLEN CLUCHEY'S MOTION TO DISMISS COUNT I, COUNT II, COUNT III, COUNT IV, COUNT V, COUNT VI, AND COUNT VII OF THE INSTANT ADVERSARY PROCEEDING</u>**

PRESENT:   HONORABLE JAMES W. BOYD
                           United States Bankruptcy Judge

This matter came before the Court for a hearing held on July 20, 2021, in Grand Rapids, on Defendant Larry Allen Cluchey's Motion to Dismiss Count I, Count II, Count III, Count IV, Count V, Count VI, and Count VII of the Instant Adversary Proceeding (AP Dkt. No. 11) (the "Motion to Dismiss") and Plaintiff World Energy Innovations, LLC's Response in Opposition to Motion to Dismiss (AP Dkt. No. 21).  Robert F. Wardrop, II, Esq., attorney for Defendant Larry Allen Cluchey and Tyson A. Crist, Esq., attorney for Plaintiff World Energy Innovations, LLC, appeared at the hearing and made arguments

to the Court. In accordance with the Court's ruling announced on the record at the conclusion of said hearing, which ruling is incorporated herein;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendant Larry Allen Cluchey (AP Dkt. No. 11) be, and hereby is, DENIED in its entirety.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon Tyson A. Crist, Esq., attorney for the Plaintiff, Robert F. Wardrop, II, Esq., attorney for Defendant Larry Allen Cluchey, and Steven M. Bylenga, Esq., attorney for Defendant Sherry D. Cluchey.

### END OF ORDER

Tyson A. Crist
John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH  43215
Phone:  (614) 462-2243
tyson.crist@icemiller.com
john.cannizzaro@icemiller.com

*Counsel for Plaintiff,*
*World Energy Innovations, LLC,*
*f/d/b/a Worthington Energy Innovations, LLC*

**IT IS SO ORDERED.**

Dated July 26, 2021



James W. Boyd
United States Bankruptcy Judge