UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,

          Debtor.

_____/

Case No. 21-00524-jwb

Chapter 7

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

          Plaintiff,

v.

LARRY ALLEN CLUCHEY and
SHERRY D. CLUCHEY,

          Defendants.

_____/

Adversary Proceeding No. 21-80053-jwb

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2021, *PLAINTIFF'S SUPPLEMENTAL RESPONSE IN OBJECTION TO DEFENDANT SHERRY D. CLUCHEY'S MOTION TO DISMISS COUNT IV, COUNT V, COUNT VI, AND COUNT VII* was filed electronically with the Clerk using the Court's CM/ECF system, which sent notification of such filing to all counsel of record, at the following addresses:

- **Steven Mark Bylenga**  steve@cbhattorneys.com, nikki@chasebylenga.com, molly@cbhattorneys.com, teresa@chasebylenga.com, kelly@cbhattorneys.com, 1140866420@filings.docketbird.com, bylengasr74219@notify.bestcase.com, jo@cbhattorneys.com, jsw@cbhattorneys.com

- **Robert F. Wardrop**  bkfilings@wardroplaw.com, bkrfilings@wardroplaw.com, bkwalfilings@wardroplaw.com

And I hereby further certify that on September 3, 2021, copies of *PLAINTIFF'S SUPPLEMENTAL RESPONSE IN OBJECTION TO DEFENDANT SHERRY D. CLUCHEY'S MOTION TO DISMISS COUNT IV, COUNT V, COUNT VI, AND COUNT VII* were served by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Larry Allen Cluchey
7095 Mindew Drive SW
Byron Center, MI 49315

Sherry D. Cluchey
7095 Mindew Drive SW
Byron Center, MI 49315

Office of the U.S. Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503

Dated: September 3, 2021

*/s/ John C. Cannizzaro*
Tyson A. Crist
John C. Cannizzaro
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, OH 43215
Phone: 614.462.2700
Fax: 614.462.5135
tyson.crist@icemiller.com
john.cannizzaro@icemiller.com

*Counsel for Plaintiff,*
*World Energy Innovations, LLC,*
*f/d/b/a Worthington Energy Innovations, LLC*