UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br><br>LARRY ALLEN CLUCHEY,<br><br>    Debtor.<br>_____/ | Case No. BG 21-00524<br>Chapter 7 |
| WORLD ENERGY INNOVATIONS, LLC<br>  fdba Worthington Energy Innovations, LLC,<br><br>    Plaintiff, | Adversary Proceeding<br>No. 21-80053 |
| -vs-<br><br>LARRY ALLEN CLUCHEY and<br>SHERRY D. CLUCHEY,<br><br>    Defendants.<br>_____/ | |

## ORDER SELECTING NEUTRAL MEDIATOR

Pursuant to the *Order Referring Adversary Proceeding to Alternative Dispute Resolution Program* (Dkt. No. 30) and in accordance with LBR 9019-9(f), the ADR Administrator has randomly selected a Neutral Mediator.

IT IS HEREBY ORDERED that:

> Robert H. Skilton, Esq.
> Warner Norcross + Judd LLP
> 111 Lyon Street NW, Suite 900
> Grand Rapids, MI  49503
> (616) 752-2119
> rskilton@wnj.com

be, and hereby is, the Neutral Mediator for the above adversary proceeding.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon:

| Via: CM-ECF | Via: U.S. Mail |
|---|---|
| John C. Cannizzaro, Esq.<br>Tyson A. Crist, Esq.<br>Robert F. Wardrop, II., Esq.<br>Steven Mark Bylenga, Esq.<br>John T. Piggins, Esq. | Robert H. Skilton, Esq.<br>Warner Norcross + Judd LLP<br>111 Lyon Street NW, Suite 900<br>Grand Rapids, MI  49503 |

**IT IS SO ORDERED.**

Dated October 8, 2021



James W. Boyd
United States Bankruptcy Judge