UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,

            Debtor.

_____/

Case No. 21-00524-jwb

Chapter 7

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

            Plaintiff,

v.

LARRY ALLEN CLUCHEY and
SHERRY D. CLUCHEY,

            Defendants.

_____/

Adversary Proceeding No. 21-80053-jwb

## **STIPULATED ORDER (I) VACATING ORDER SELECTING NEUTRAL MEDIATOR AND (II) SELECTING NEUTRAL MEDIATOR**

On September 20, 2021, the Court entered its *Order Referring Adversary Proceeding to Alternative Dispute Resolution Program* (Dkt. No. 30), which required the parties to file a Notice of Selection of Neutral within 14 days of the entry of the order. Prior to the deadline, the parties agreed to the selection of A. Todd Almassian, Esq. as a neutral mediator but inadvertently failed to timely file a Notice of Selection of Neutral. On October 8, 2021, the Court entered its Order Selecting Neutral Mediator (the "Order"), which appointed Robert H. Skilton, Esq. as a neutral mediator. For good cause shown,

IT IS HEREBY ORDERED that:

1. The Court's prior Order selecting Robert H. Skilton, Esq. as neutral mediator is VACATED.

2. The Court hereby appoints the following neutral mediator:

> A. Todd Almassian
> KELLER & ALMASSIAN, PLC
> 230 East Fulton
> Grand Rapids, Michigan, 49503
> 616.364.2100 Phone
> 616.364.2200 Fax
> talmassian@kalawgr.com

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve this Order upon:

| Via: Email | Via: U.S. Mail |
|---|---|
| John C. Cannizzaro, Esq.<br>Tyson A. Crist, Esq.<br>Robert F. Wardrop, II., Esq.<br>Steven Mark Bylenga, Esq.<br>John T. Piggins, Esq. | Robert H. Skilton, Esq.<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Ave NW Ste 1500<br>Grand Rapids, MI 49503<br><br>A. Todd Almassian, Esq.<br>KELLER & ALMASSIAN, PLC<br>230 East Fulton<br>Grand Rapids, Michigan, 49503 |

So stipulated by:

*/s/ Robert F. Wardrop, II*
Robert F. Wardrop, II
*Counsel for Defendant Larry A. Cluchey*

*/s/ Steven M. Bylenga*
Steven M. Bylenga
*Counsel for Defendant Sherry D. Cluchey*

*/s/ John C. Cannizzaro*
John C. Cannizzaro
*Counsel for Plaintiff World Energy Innovations, LLC*

END OF ORDER

**IT IS SO ORDERED.**

**Dated October 13, 2021**



James W. Boyd
United States Bankruptcy Judge