UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,

                Debtor.

_____/

Case No. 21-00524-jwb
Chapter 7
Honorable James W. Boyd

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

                Plaintiff

v.

LARRY ALLEN CLUCHEY,
SHERRY D. CLUCHEY,

                Defendants.

_____/

Adversary Proceeding No. 21-80053

## CERTIFICATE OF SERVICE

      Gwendolyn G. Hancock of Wardrop & Wardrop, P.C. hereby certifies that on the 17th day of March, 2022, she did serve a true and correct copy of the March 17, 2022 **Order Approving Debtor's Motion to Approve (I) Settlement of (A) Certain Causes of Action and Claims by World Energy Innovations, LLC f/d/b/a Worthington Energy Innovations, LLC, Against Debtor and Debtor's Wife and (B) Trustee's and World Energy Innovation, LLC, f/d/b/a Worthington Energy Innovation, LLC's Trickett Claim against Debtor and Debtor's Wife, Sherry D. Cluchey, and (II) for Other Relief Pursuant to Bankruptcy Rule 9019(a)** via first-class mail, with postage thereon being fully prepaid, upon:

| | |
|---|---|
| Mr. Larry Allen Cluchey<br>Mrs. Sherry D. Cluchey<br>7095 Mindew Drive, SW<br>Byron Center, MI  49315 | Ms. Connie M. Hoffmann<br>c/o Victoria Smalley, Esq.<br>Bolhouse, Hofstee & McLean, P.C.<br>3996 Chicago Drive, SW<br>Grandville, MI  49418 |

| | |
|---|---|
| Office of the U.S. Trustee<br>The Ledyard Building<br>125 Ottawa Avenue, Suite 200R<br>Grand Rapids, MI 49503 | World Energy Innovations, LLC<br>f/d/b/a Worthington Energy Innovations, LLC<br>504 Liberty Street<br>Freemont, OH 43420 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Citibank, N.A.<br>5800 S. Corporate Pl.<br>Sioux Falls, SD 57108-5027 |

_/s/ Gwendolyn G. Hancock_
Gwendolyn G. Hancock

209301.031722.COS