UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,

                Debtor.
_____/

Case No. 21-00524-jwb

Chapter 7

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

                Plaintiff,

    v.

LARRY ALLEN CLUCHEY and
SHERRY D. CLUCHEY,

                Defendants.
_____/

Adversary Proceeding No. 21-80053-jwb

## STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE AND CONTINUING PRETRIAL

On August 30, 2021, Plaintiff filed its Motion for an Order Extending Time to Object to Discharge Under 11 U.S.C. § 727(c)(1) (the "Motion") [Case No. 21-00524, Doc. No. 52]. A continued hearing on the Motion, as well as a continued pretrial in adversary proceeding 21-80053, are currently scheduled for July 14, 2022. After conferring with each other in good faith, the parties have stipulated to resolve the Motion. Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that:

1.    The Motion of World Energy Innovations, LLC for an Order Extending Time to Object to Entry of Discharge Under 11 U.S.C. Section 727(c)(1) is granted, subject to the limitations set forth herein.

2. Plaintiff shall have until August 19, 2022 to file an amended complaint asserting additional claims under Section 727(c)(1), which shall amend only as to Defendant Larry Cluchey.

3. If an amended complaint is filed, Mr. Cluchey shall have until September 2, 2022 to answer or file a motion to dismiss as to any new claims.

4. The parties shall submit a joint discovery plan by September 2, 2022 if no amended complaint is filed, or if an amended complaint filed, within 2 weeks of the filing of an answer or ruling on the motion to dismiss.

5. The first pretrial conference is hereby continued to October 13, 2022 at 10:00 AM ET and the United States Bankruptcy Court, One Division Ave., N., 3rd Floor, Courtroom B, Grand Rapids, MI 49503.

So stipulated by:

/s/ Robert F. Wardrop, II
Robert F. Wardrop, II
*Counsel for Defendant Larry A. Cluchey*

/s/ Steven M. Bylenga
Steven M. Bylenga
*Counsel for Defendant Sherry D. Cluchey*

/s/ Jacob L. Carlton
Jacob L. Carlton
*Counsel for the Chapter 7 Trustee*

/s/ John C. Cannizzaro
John C. Cannizzaro
*Counsel for Plaintiff World Energy Innovations, LLC*

END OF ORDER

**IT IS SO ORDERED.**

**Dated July 13, 2022**



James W. Boyd
United States Bankruptcy Judge