UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,

                 Debtor.
_____/

Case No. 21-00524-jwb

Chapter 7

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

                 Plaintiff,

v.

LARRY ALLEN CLUCHEY and
SHERRY D. CLUCHEY,

                 Defendants.
_____/

Adversary Proceeding No. 21-80053-jwb

## **STIPULATED ORDER CONTINUING FIRST PRETRIAL CONFERENCE**

On July 13, 2022, the Court entered its Stipulated Order Extending Deadline to Object to Discharge and Continuing Pretrial, which continued the first pretrial conference to October 13, 2022. The parties have agreed to a continuance of the first pretrial conference to November 10, 2022, at 10:00 a.m. Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the first pretrial conference is hereby continued to **November 10, 2022, at 10:00 a.m.** at the United States Bankruptcy Court, One Division Ave., N., 3rd Floor, Courtroom B, Grand Rapids, MI 49503

4866-0189-0094.1

So stipulated by:

*/s/ Robert F. Wardrop, II*
Robert F. Wardrop, II
*Counsel for Defendant Larry A. Cluchey*

*/s/ Steven M. Bylenga*
Steven M. Bylenga
*Counsel for Defendant Sherry D. Cluchey*

*/s/ Jacob L. Carlton*
Jacob L. Carlton
*Counsel for the Chapter 7 Trustee*

*/s/ John C. Cannizzaro*
John C. Cannizzaro
*Counsel for Plaintiff World Energy Innovations, LLC*

END OF ORDER

4866-0189-0094.1