UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,　　　　　　　　　　Case No. 21-00524-jwb

　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　Debtor.
_____/

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Adversary Proceeding No. 21-80053-jwb

LARRY ALLEN CLUCHEY and
SHERRY D. CLUCHEY,

　　　　　　　Defendants.
_____/

## CONSENT JUDGMENT

Pursuant to the Stipulation and Settlement Agreement (the "Settlement Agreement") executed Larry Allen Cluchey ("Debtor"), Sherry D. Cluchey, World Energy Innovations, LLC, f/d/b/a Worthington Energy Innovations, LLC ("Plaintiff"), Connie Marie Hoffman, and Marcia M. Meoli, Trustee of the Chapter 7 Estate of Larry Allen Cluchey, the Court hereby enters judgment against Debtor and in favor of Plaintiff as follows:

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 523.

2. Venue in the Western District of Michigan is proper under 28 U.S.C. § 1409(a).

3. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(1).

4874-6233-5504.3

4. Judgment is hereby entered in favor of Plaintiff and against Debtor in the principal amount of $2,109,000.00, which is hereby declared nondischargeable pursuant to section 523(a) of the Bankruptcy Code. This judgment and any effort to enforce same is subject to the collection provisions of the Settlement Agreement.

SO STIPULATED:

Dated: November 11, 2022          By: /s/ Larry Cluchey
                                       Larry Cluchey

**END OF ORDER**

4874-6233-5504.3